UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 06CR1642-W |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| LUIS ALBERTO MURRIETA (2), | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the superseding indictment and request to recall the arrest warrant.

IT IS HEREBY ORDERED that the superseding indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant be recalled.

DATED: 8/4/17

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE